**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CR NO. 21-MJ-502** |
| **ZVONIMIR JURLINA,** | |
| **Defendant.** | |

## ORDER

Based upon the representations in the Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further ORDERED that the currently scheduled status hearing on February 14, 2023, be continued for good cause to March 17, 2023, at 1:30 p.m.; and it is further

**ORDERED** that the time between February 14, 2023, and March 17, 2023, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE